IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00664-REB-PAC

JOE MARQEZ, and
VIRGINIA MARQUEZ,

    Plaintiff(s),

v.

SNAP ON TOOLS COMPANY,

    Defendant(s).

---

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

IT IS HEREBY **ORDERED** that the Unopposed Motion for Entry of Protective Order [filed December 11, 2006; Doc. No. 12] is **GRANTED.** The attached Protective Order is made an order of the Court this date.

Dated: December 12, 2006