IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00664-REB-PAC

JOE MARQUEZ and VIRGINIA MARQUEZ,

    Plaintiffs,

vs.

SNAP ON TOOLS COMPANY

    Defendant.

## PROTECTIVE ORDER

    The plaintiff in the above-captioned action and Snap-on Tools Company LLC, a defendant in the above-captioned action, having stipulated and agreed to the terms and conditions set forth herein;

    IT IS HEREBY ORDERED, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, that:

    1.    Plaintiffs, JOE MARQUEZ and VIRGINIA MARQUEZ, have requested certain documentation from Snap-on, which Snap-on contends is confidential, proprietary and/or trade secret material. Snap-on objects to the production of material in question absent appropriate protection for the confidential status of the material requested. Confidential information may be claimed with respect to documents and information relating to (a) the drawings

and manufacturing specifications for the tire-changing machine at issue in this action, and (b) non-public financial information of defendant Snap-on Tools.

2. Plaintiffs (hereinafter the term "plaintiffs" refers to the plaintiffs, *JOE MARQUEZ and VIRGINIA MARQUEZ* and their counsel) shall not give, show or otherwise divulge any documents, materials or information produced by Snap-on Tools Company LLC marked "Confidential," or the substance thereof, to any entity or person except the employees of the law firm of plaintiffs' counsel of record, experts, court reporters, persons expected to testify, court personnel, and engineering and/or technical consultants retained or consulted by plaintiffs or their counsel solely in connection with this litigation against Snap-on Tools Company LLC.

3. Engineering and/or technical consultants to whom such documents, materials or information are intended to be presented, shown, or given shall first be presented with a copy of the Protective Order issued by this Court (the "Order"); shall be instructed to read the Order, and after reading it shall execute and sign a copy of the "Written Assurance" in the form attached hereto as Exhibit A. Thereafter a copy of each signed written assurance form shall be provided to counsel for Snap-on Tools Company LLC before any confidential documents, materials or information are presented, shown, given or otherwise divulged to them.

4. Experts, engineering and/or technical consultants, persons expected to testify, court reporters, court personnel and employees of Plaintiff

counsel's law firm and all others who receive confidential documents, materials and information shall use said confidential documents, materials and information only for purposes of this litigation against Snap-on Tools Company LLC and shall not give, show or otherwise divulge any of the documents, materials or information produced by Snap-on Tools Company LLC which are designated confidential, or the substance thereof, or any copies, prints or negatives thereof, to any entity or person under the terms of this Order.

5. All transcripts, depositions, exhibits, answers to interrogatories, responses to requests for documents or other documents made, taken or filed with the Court pursuant to the pre-trial discovery in this action, which contain or otherwise set forth confidential documents, materials or information which have been provided under the terms of this Order, shall likewise be subject to the terms of this Order. Any such transcripts, depositions, exhibits, pleadings or other such documents containing such confidential information which are filed with the Court shall be filed in sealed envelope or other sealed containers which shall bear the caption of the action, an indication of the nature of the contents of such sealed envelope or container bearing the word "Confidential" and a statement substantially stating that the envelope or container is not to be opened nor the contents thereof to be displayed or revealed, except by the express further written Order of the Court.

6. At the conclusion of the litigation against Snap-on Tools Company LLC, plaintiff and his counsel, and all experts, engineering and/or technical

consultants, employees of plaintiff counsel's law firm and all others who have been provided confidential documents, shall return to counsel for Snap-on Tools Company LLC all original documents, materials or information produced by Snap-on Tools Company LLC which have been marked "Confidential," including a return of any and all copies, prints and negatives thereof, accompanied by a signed "Written Verification" in the form attached hereto as Exhibit B, that all such documents, materials and information as previously identified have been returned to counsel for Snap-on Tools Company LLC. A signed written verification shall be presented to counsel for Snap-on Tools Company LLC for each and every person who has received original documents, materials, information, copies, prints and negatives produced by Snap-on Tools Company LLC.

7.  All documents, materials or information furnished by Snap-on Tools Company LLC which are deemed to be confidential in nature and to come within the provisions of this Order shall be so designated by Snap-on Tools Company LLC at the time when furnished, subject to specific review by this Court on motion by any party.

8.  Nothing in this Order shall prohibit the dissemination or use by any person of any material, testimony or information which is used at trial and is part of the record, and such material, testimony or information may be disseminated or used by any person unless it is the subject of a specific Protective Order entered during the court of trial.

9.  This Order shall be subject to review upon application by any party upon the showing of good cause.

DONE and ORDERED this 12th day of Dec, 2006.

BY THE COURT:

_____
UNITED STATES DISTRICT COURT
JUDGE

Approved as to form and content

s/ John Bloss
_____
Daniel J. Schendzielos
John Bloss
The Law Firm of Cisneros & Schendzielos, LLC
6426 South Quebec Street
Englewood, CO 80111

**Attorneys For Plaintiffs**


s/ Kristin R.B. White
_____
Dennis W. Brown
Kristin R.B. White
Holland & Hart LLP
555 Seventeenth Street, Suite 3200
Post Office Box 8749
Denver, Colorado 80201-8749
Phone: (303) 295-8000
Fax: (303) 295-8261
dbrown@hollandhart.com
kwhite@hollandhart.com

**Attorneys For Defendant Snap-on Tools**

# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00664-REB-PAC

JOE MARQUEZ and VIRGINIA MARQUEZ,

    Plaintiffs,

vs.

SNAP ON TOOLS COMPANY

    Defendant.

## WRITTEN ASSURANCE

_____, being first duly sworn, states that he or she resides at _____, county of _____, State of _____; that he or she has read and fully understands the attached Protective Order entered by the Court in the above-captioned action; that he or she is fully familiar and agrees to comply with and be bound by the provisions of the Order and submits to the jurisdiction of this Court for any proceedings with respect to the Order; that he or she will not discuss with or divulge to persons, other than those specifically authorized by the Order, and will not copy or use, except solely for purposes of this action and for no other purposes, any information obtained pursuant to the Order, except as expressly permitted by the Court. He or she agrees to return any and all copies of Snap-on Tools Company LLC's protected documents and materials in his or her possession which were produced by Snap-on Tools Company LLC in this

lawsuit to counsel for James and Virginia Marquez within 15 days from the date of request by Snap-on Tools Company LLC or its counsel; and further that he or she will sign the Written Verification provided by counsel for Snap-on Tools Company LLC that all such protected documents and materials have been returned.

    Dated this ___ day of _____, 2006.

_____

Subscribed and sworn to before me
this ___ day of _____, 2006.

_____
Notary Public, State of _____
My commission: _____.

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00664-REB-PAC

JOE MARQUEZ and VIRGINIA MARQUEZ,

   Plaintiffs,

vs.

SNAP ON TOOLS COMPANY

   Defendant.

## WRITTEN VERIFICATION

_____, being first duly sworn, states that, along with this signed verification, he or she is returning to _____, any and all documents, materials or information provided by Snap-on Tools Company LLC pursuant to the Protective Order entered by the Court in the above-captioned action, including any and all copies, prints and negatives of said documents, materials or information.

   Dated this \_ day of _____, 2006.

                                                   _____

Subscribed and sworn to before me
this \_\_\_\_ day of _____, 2006.

_____
Notary Public, State of _____
My commission: _____.

3566543_1.DOC