IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00664-REB-PAC

JOE MARQEZ, and
VIRGINIA MARQUEZ,

      Plaintiff(s),

v.

SNAP ON TOOLS COMPANY,

      Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

      IT IS HEREBY **ORDERED** that the Joint Stipulated Motion to Amend Scheduling Order (Doc. #18), filed January 4, 2007, is **GRANTED**.

      The discovery deadline is extended to **April 1, 2007**.

      The dispositive motions deadline is extended to **May 1, 2007**.

      **The parties are advised that the court will not extend Scheduling Order deadlines in the future just because the parties have been unable to participate in a court-ordered settlement conference.**

Dated:  January 5, 2007