**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00664-REB-PAC

JOE MARQUEZ, and
VIRGINIA MARQUEZ,

    Plaintiffs,

v.

SNAP ON TOOLS COMPANY,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before the court is the **Stipulated Motion to Dismiss With Prejudice** [#27], filed February 22, 2007.  After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulated Motion to Dismiss With Prejudice** [#27], filed February 22, 2007, is **GRANTED**;

    2.  That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

    3.  That the Trial Preparation Conference set for September 21, 2007, is **VACATED**; and

2

4. That the jury trial set to commence October 8, 2007, is **VACATED**.

Dated February 22, 2007, at Denver, Colorado.

                                            **BY THE COURT:**

                                            **s/ Robert E. Blackburn**
                                            **Robert E. Blackburn**
                                            **United States District Judge**